# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:11CR7 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| GUILLERMO OLMEDO-MENDOZA, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's objection to the Memorandum and Order denying his motion filed under 28 U.S.C. § 2255 (Filing No. 38).

IT IS ORDERED:

1. The Defendant's objection (Filing No. 38) is denied; and

2. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

DATED this 31st day of January, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge